# United States District Court

for the

Western District of Washington

MONTY J. BOOTH, ATTORNEY AT LAW, P.S.

_____
*Plaintiff*

*v.*

APPSTACK, INC.

_____
*Defendant*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. **13-CV-1533 MAT**
_____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

APPSTACK, INC.
c/o JOHN ZDANOWSKI, Registered Agent
43174 BUSINESS PARK DRIVE, SUITE 103
TEMECULA, CALIFORNIA 92590

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

SEE ATTACHED

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___Aug 28, 2013___

s/ Paula McNab
_____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
***This section should not be filed with the court unless required by*** Fed.. *R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on  *(name of individual)*  _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $_____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is  true.

Date: _____            _____
                                                                                *Server's signature*

                                                        _____
                                                                                *Printed name and title*

                                                        _____
                                                                                *Server's address*

Additional information regarding attempted service, etc.

*Monty J. Booth, Attorney at Law, P.S., v. Appstack, Inc.*

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

<u>Attorneys for Plaintiffs</u>:


Beth E. Terrell, WSBA #26759
Email:  bterrell@tmdwlaw.com
Whitney B. Stark
   (*Pro Hac Vice* Motion to be Filed)
Email:  wstark@tmdwlaw.com
TERRELL MARSHALL DAUDT
   & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Daniel C. Gallagher, WSBA #21940
Email:  dan@nwprolaw.com
GALLAGHER LAW OFFICES P.S.
10611 Battle Point Drive NE
Bainbridge Island, Washington  98110
Telephone: (206) 855-9310
Facsimile:  (206) 855-2878