HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9   MONTY J. BOOTH, ATTORNEY AT LAW,
P.S., a Washington corporation, individually and

10  on behalf of a class of Washington businesses
similarly situated,

11
                    Plaintiff,

12

13                  vs.

14  APPSTACK, INC., a Delaware corporation;
STEVE ESPINOSA, individually; and JOHN

15  ZDANOWSKI, individually,

16                  Defendants.

17

NO. 2:13-cv-01533-JLR

**DECLARATION OF MARY B.
REITEN IN SUPPORT OF
PLAINITFF'S MOTION FOR CLASS
CERTIFICATION**

18

19        I, Mary B. Reiten, declare as follows:

20        1.       I am a member of the law firm of Terrell Marshall Daudt & Willie PLLC

21  ("TMDW"), counsel of record for Plaintiffs in this matter.  I am admitted to practice before this

22  Court and am a member in good standing of the bars of the States of Washington and

23  California.  I respectfully submit this declaration in support of Plaintiff's Motion for Class

24  Certification of the above-captioned class action.  Except as otherwise noted, I have personal

25  knowledge of the facts set forth in this declaration, and could testify competently to them if

26  called upon to do so.

27

DECLARATION OF MARY B. REITEN IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 2:13-cv-01533-JLR

2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from the Deposition of Peter Ricci, taken in this matter on August 5, 2014.

3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts from the Deposition of Nathan Moore, taken in this matter on July 31, 2014.

4.      Attached hereto as <u>Exhibit 3</u> are true and correct copies of emails titled "Updated Service Agreement" that were produced by Defendants in this lawsuit under Bates No. APPSTK054484–89 and marked as Exhibit 18 during the depositions of Nathan Moore, taken in this matter on July 13, 2014 and Peter Ricci, taken in this matter on August 5, 2014..

5.      Attached hereto as <u>Exhibit 4</u> are true and correct copies of emails regarding payments to inContact and the success of the autodialing program ("inContact paperwork emails").  These emails were produced by Defendants in this lawsuit under Bates No. APPSTK054441-46 and marked as Exhibit 3 during the depositions of Nathan Moore, taken in this matter on July 31, 2013 and Peter Ricci, taken in this matter on August 5, 2014.

6.      Attached hereto as <u>Exhibit 5</u> are true and correct copies of emails regarding outstanding charges Defendant Appstack owed to inContact.  These emails were produced by Defendants in this lawsuit under Bates No. APPSTK054447-70 and marked as Exhibit 5 during the depositions of Nathan Moore taken in this matter on July 31, 2014 and Peter Ricci, taken in this matter on August 5, 2014.

7.      Attached hereto as <u>Exhibit 6</u> are true and correct copies of emails regarding complaints Appstack received regarding the autodialing program ("Veronica with Appstack emails").  These emails were produced by Defendants in this lawsuit under Bates No. APPSTK054525–31 and were marked as Exhibit 13 during the depositions of Nathan Moore, taken in this matter on July 31, 2014 and Peter Ricci, taken in this matter on August 5, 2014.

8.      Attached hereto as <u>Exhibit 7</u> are true and correct copies of emails titled "Cannot Update a Closed Account" that were produced by Defendants in this lawsuit under Bates No.

DECLARATION OF MARY B. REITEN IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 2
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

APPSTK054535–43 and marked as Exhibit 20 during the depositions of Nathan Moore, taken in this matter on July 13, 2014 and Peter Ricci, taken in this matter on August 5, 2014..

9.      Attached hereto as Exhibit 8 is a true and correct copy of a document entitled "Solution Overview — Project Vision and Scope" that was produced by third-party inContact, Inc. under Bates No. INCONTACT_000757-63, and was marked as Exhibit 1 during the depositions of Nathan Moore taken in this matter on July 31, 2014 and Peter Ricci, taken in this matter on August 5, 2014.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Defendant Appstack's Supplemental Response to Plaintiff's First Set of Interrogatories, dated April 18, 2014.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Defendants Steve Espinosa and John Zdanowski's Amended Response to Plaintiff's First Request for Admission, dated July 29, 2014.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a document entitled "inContact Service Contract" that was produced by Defendant in this lawsuit under Bates No. APPSTK00002-11, and was marked as Exhibit 2 during the depositions of Nathan Moore taken in this matter on July 31, 2014 and Peter Ricci, taken in this matter on August 5, 2014.

13.     Attached hereto as Exhibit 12 is a true and correct copy of a document produced by third-party infogroup under Bates No. INFOGROUP_000038-41.

14.      Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Chad Greer, taken in this matter on November 7, 2014.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the small business contact information Defendant obtained from SalesGenie ("infogroup call sheets"). This document was produced by third-party infogroup under Bates No. INFOGROUP_0000056 and was marked as Exhibit 17 during the depositions of Nathan Moore, taken in this matter on July 31, 2013 and Peter Ricci, taken in this matter on August 5, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1     16.      Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a document titled

2   "Week of July 15" that was produced by Defendants in this lawsuit under Bates No.

3   APPSTK054544-69 and marked as Exhibit 10 during the depositions of Nathan Moore, taken

4   in this matter on July 31, 2014 and Peter Ricci, taken in this matter on August 5, 2014.

5     17.      Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a document entitled

6   "inContact Business Requirements Document" that was produced by third-party inContact

7   under Bates No. INCONTACT_000807-37, and was marked as Exhibit 6 during the

8   depositions of Nathan Moore taken in this matter on July 31, 2014 and Peter Ricci, taken in this

9   matter on August 5, 2014.

10     18.      Attached hereto as <u>Exhibit 17</u> are true and correct copy of excerpts from the

11   Deposition of Monty Booth, taken in this matter on August 7, 2014.

12     19.      Attached hereto as <u>Exhibit 18</u> is a true and correct copy of excerpts from the

13   Deposition of Chris Fruehwald, taken in this matter on November 7, 2014.

14     20.      Attached hereto as <u>Exhibit 19</u> is a true and correct copy of the Declaration of

15   Dr. Thomas Thompson, dated October 3, 2014.

16

17     I declare under penalty of perjury under the laws of the State of Washington and the

18   United States of America that the foregoing is true and correct.

19     EXECUTED at Seattle, Washington, this 14th day of November, 2014.

20

21      /s/ Mary B. Reiten, WSBA # 33623

22     Mary B. Reiten, WSBA #33623

23

24

25

26

27

DECLARATION OF MARY B. REITEN IN SUPPORT OF
PLAINITFF'S MOTION FOR CLASS CERTIFICATION - 4
CASE NO. 2:13-cv-01533-JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1

<u>CERTIFICATE OF SERVICE</u>

2

   I, Mary B. Reiten, hereby certify that on November 14, 2014, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4

such filing to the following:

5

            Anne Cohen, WSBA #41183

6

            Email:  acohen@smithfreed.com
            Gavin E. Gruber, *Admitted Pro Hac Vice*

7

            Email:  ggruber@smithfreed.com
            Legal Assistant:  Sandra Reust

8

            sandra@smithfreed.com
            SMITH FREED & EBERHARD, P.C.

9

            111 SW 5th Avenue, Suite 4300

10

            Portland, Oregon  97204
            Telephone:  (503) 227-2424

11

            Facsimile:  (503) 227-2535

12

            *Attorneys for Defendants*

13

   DATED this 14th day of November, 2014.

14

                        TERRELL MARSHALL DAUDT & WILLIE PLLC

15

16

                        By:   /s/ Mary B. Reiten, WSBA #33623

17

                              Mary B. Reiten, WSBA #33623
                              Email: mreiten@tmdwlaw.com

18

                              936 North 34th Street, Suite 300
                              Seattle, Washington  98103

19

                              Telephone:  (206) 816-6603
                              Facsimile:  (206) 350-3528

20

21

                              *Attorney for Plaintiff*

22

23

24

25

26

27

DECLARATION OF MARY B. REITEN IN SUPPORT OF
PLAINITFF'S MOTION FOR CLASS CERTIFICATION - 5
CASE NO. 2:13-cv-01533-JLR