HONORABLE JAMES L. ROBART

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MONTY J. BOOTH, ATTORNEY AT LAW, P.S., a Washington corporation, individually and on behalf of a class of Washington businesses similarly situated,

Plaintiff,

vs.

APPSTACK, INC., a Delaware corporation; STEVE ESPINOSA, individually; and JOHN ZDANOWSKI, individually,

Defendants.

NO. 2:13-cv-01533-JLR

**DECLARATION OF JEFFREY A. HANSEN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF CLASS CERTIFICATION**

1. My name is Jeffrey A. Hansen. I am an adult over the age of 18, a resident of the state of California, and I reside at 2625 Kings View Circle, Spring Valley, CA 91977. I submit this declaration in support of Plaintiffs' Reply in Support of Class Certification. Unless indicated otherwise, I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2. It is possible to identify the location at which a cellular phone call was received through cell tower location data that is retained by the cellular telephone carriers.

DECLARATION OF JEFFREY A. HANSEN IN
SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF
CLASS CERTIFICATION - 1
CASE NO. 2:13-CV-01533-JLR

3.      Cell towers are used to route cellular phone calls so that they reach the call recipient wherever they are located. Carriers maintain information that identifies the cell tower to which the call was routed – the tower nearest to the recipient at the time of the call. Cellular telephone carriers have this data for, among other reasons, determining whether roaming charges apply.

4.      It is also possible to identify whether a call to a landline or cellular telephone was forwarded and to what number the call was forwarded. Forwarding technology requires that a landline or cellular phone holder tell the carrier to which number they desire a call to be forwarded. That information is retained by the carriers for billing purposes.

5.      One may also determine the location of the forwarded call through records retained by the carriers. If the call was forwarded to a landline, the carrier will be able to identify the phone switch at which the call terminated – at most these are located only a block or two from the landline. If a call is forwarded to a cellular phone, then the carrier will have cell tower data that identifies the cell tower to which the call was routed for receipt.

6.      As to VOIP phones, it is not possible to determine routing. However, VOIP carriers will have billing records for their customers. Those billing records will show the billing address for the service and whether the service was billed to an address in Washington State.

7.      The carriers associated with each telephone number called by AppStack can be identified through records maintained by the North American Numbering Plan, which is the organization that assigns telephone numbers to the carriers.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct. Dated this 19th day of December, 2014.

_____
Jeffrey A. Hansen

DECLARATION OF JEFFREY A. HANSEN IN
SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF
CLASS CERTIFICATION - 2
CASE NO. 2:13-CV-01533-JLR

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on December 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Anne Cohen, WSBA #41183
> Email: acohen@smithfreed.com
> Gavin E. Gruber, *Admitted Pro Hac Vice*
> Email: ggruber@smithfreed.com
> Legal Assistant: Sandra Reust
> sandra@smithfreed.com
> SMITH FREED & EBERHARD, P.C.
> 111 SW 5th Avenue, Suite 4300
> Portland, Oregon  97204
> Telephone:  (503) 227-2424
> Facsimile:  (503) 227-2535

*Attorneys for Defendants*

DATED this 19th day of December, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorney for Plaintiff*

DECLARATION OF JEFFREY A. HANSEN IN
SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF
CLASS CERTIFICATION - 3
Case No. 2:13-cv-01533-JLR