The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTY J. BOOTH, ATTORNEY AT LAW, P.S., a Washington corporation, RICARDO T. MASCARENAS, a Washington resident, and CHRISTOPHER GREGORY, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>APPSTACK, INC., a Delaware corporation; STEVE ESPINOSA, individually; and JOHN ZDANOWSKI, individually,<br><br>Defendants. | NO. 2:13-cv-01533-JLR<br><br>**DECLARATION OF ANNE COHEN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY BOTH WADAD CLASS AND TCPA CLASS** |

I, Anne Cohen, declare as follows:

1. I am an attorney at the law firm of Smith Freed & Eberhard P.C., counsel of record for Defendants Appstack, Inc. ("Appstack"), Steve Espinosa ("Espinosa"), and John Zdanowski ("Zdanowski") (collectively, "Defendants") in this matter. I am an attorney licensed to practice before this Court and am a member in good standing of the bars of the states of Oregon and Washington. I respectfully submit this declaration in support of Defendants' Motion to Decertify both WADAD Class and TCPA Class. Except as otherwise noted, I have personal

DECLARATION OF ANNE COHEN IN
SUPPORT OF DEFENDANTS' MOTION TO
DECERTIFY BOTH WADAD CLASS AND
TCPA CLASS - Page 1
CASE NO. 2:13-cv-01533-JLR

SMITH FREED & EBERHARD P.C.
111 S.W. Fifth Avenue, Suite 4300
Portland, Oregon 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535

1  knowledge of the facts set forth in this declaration and could testify competently to them if called
2  upon to do so.
3      2.    Attached hereto as **Exhibit 1** is a true and correct copy (in printed form) of the
4  excel spreadsheet that was marked as Ex. B to Plaintiffs' Subpoena to Onvoy, issued on
5  September 4, 2015.
6      I declare under the penalty of perjury under the laws of the State of Washington and the
7  United States of America that the foregoing is true and correct.
8      Executed at Portland, Oregon, this 26th day of April, 2016.

                      */s/ Anne Cohen*
                      Anne Cohen, WSB# 41183

**DECLARATION OF ANNE COHEN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY BOTH WADAD CLASS AND TCPA CLASS** - Page 2
CASE NO. 2:13-cv-01533-JLR

SMITH FREED & EBERHARD P.C.
111 S.W. Fifth Avenue, Suite 4300
Portland, Oregon 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, I served **DECLARATION OF ANNE COHEN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY BOTH WADAD CLASS AND TCPA CLASS and [PROPOSED] ORDER** on:

| | |
|---|---|
| Beth E. Terrell<br>Mary B. Reiten<br>Jennifer Rush Murray<br>Terrell Marshall Law Group PLLC<br>936 North 34th Street, Ste. 300<br>Seattle, WA 98103-8869<br>Telephone:  (206) 816-6603<br>Facsimile:  (206) 319-5450<br>Email:  bterrell@terrellmarshall.com<br>Email:  mreiten@terrellmarshall.com<br>Email:  jmurray@terrellmarshall.com<br>*Of Attorneys for Plaintiff* | Daniel C. Gallagher<br>Gallagher Law Offices PS<br>10611 Battle Point Drive NE<br>Bainbridge Island, WA 98110<br>(F) 206-855-2878<br>Email:  dan@nwprolaw.com<br>*Co-Counsel for Plaintiff* |

_____ by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.

_____ by emailing to each of the foregoing a copy thereof, at the email addresses shown above.

XX   by electronic means through the Court's Case Management/Electronic Case File system on the date set forth above.

Dated this 26th day of April, 2016.

SMITH FREED & EBERHARD, PC

By:   */s/ Anne Cohen*
Anne Cohen, WSB # 41183
Email:  acohen@smithfreed.com
Of Attorneys for Defendants
Appstack, Inc., Steve Espinosa and
John Zdanowski