THE HONORABLE JAMES L. ROBART

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTY J. BOOTH, ATTORNEY AT LAW, P.S., a Washington corporation, RICARDO T. MASCARENAS, a Washington resident, and CHRISTOPHER GREGORY, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPSTACK, INC., a Delaware corporation; STEVE ESPINOSA, individually; and JOHN ZDANOWSKI, individually,<br><br>Defendants. | NO. 2:13-cv-01533-JLR<br><br>[PROPOSED] ORDER VACATING CASE SCHEDULE PENDING SETTLEMENT APPROVAL |

The Court has received the parties' notice of settlement. Based on this notice, the trial date and all pending deadlines are vacated. The parties' motion for preliminary approval of the settlement is due within 30 days of the date of this order.

IT IS SO ORDERED.

DATED this 21 day of July, 2016.

BY THE COURT:  _/s/ James L. Robart_

_____
THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER VACATING CASE SCHEDULE
PENDING SETTLEMENT APPROVAL - 1
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Mary B. Reiten, WSBA #33623
    Email: mreiten@terrellmashall.com
    Adrienne D. McEntee, WSBA #34061
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Daniel C. Gallagher, WSBA#21940
    Email: dan@nwprolaw.com
    GALLAGHER LAW OFFICES P.S.
    10611 Battle Point Drive NE
    Bainbridge Island, Washington 98110
    Telephone: (206) 855-9310
    Facsimile: (206) 855-2878

*Attorneys for Plaintiffs*

SMITH FREED & EBERHARD, P.C.

By: /s/ Anne Cohen, WSBA #41183
    Anne Cohen, WSBA #41183
    Email: acohen@smithfreed.com
    Joseph A. Rohner IV, WSBA#47117
    Email: jrohner@smithfreed.com
    Legal Assistant: Sandra Reust
    Email: sandra@smithfreed.com
    Legal Assistant: Kimberly Harmon
    Email: kharmon@smithfreed.com
    111 SW 5th Avenue, Suite 4300
    Portland, Oregon 97204
    Telephone: (503) 227-2424
    Facsimile: (503) 227-2535

*Attorneys for Defendants*

[PROPOSED] ORDER VACATING CASE SCHEDULE
PENDING SETTLEMENT APPROVAL - 2
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on July 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Anne Cohen, WSBA #41183
>Email: acohen@smithfreed.com
>Joseph A. Rohner IV, WSBA#47117
>Email: jrohner@smithfreed.com
>Legal Assistant: Sandra Reust
>Email: sandra@smithfreed.com
>Legal Assistant: Kimberly Harmon
>Email: kharmon@smithfreed.com
>SMITH FREED & EBERHARD, P.C.
>111 SW 5th Avenue, Suite 4300
>Portland, Oregon 97204
>Telephone: (503) 227-2424
>Facsimile: (503) 227-2535

*Attorneys for Defendants*

DATED this 21st day of July, 2016.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By: /s/ Beth E. Terrell, WSBA #26759
>Beth E. Terrell, WSBA #26759
>Email: bterrell@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450
>
>*Attorney for Plaintiffs*

[PROPOSED] ORDER VACATING CASE SCHEDULE
PENDING SETTLEMENT APPROVAL - 3
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com