THE HONORABLE JAMES L. ROBART

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTY J. BOOTH, ATTORNEY AT LAW, P.S., a Washington corporation, RICARDO T. MASCARENAS, a Washington resident, and CHRISTOPHER GREGORY, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPSTACK, INC., a Delaware corporation; STEVE ESPINOSA, individually; and JOHN ZDANOWSKI, individually,<br><br>Defendants. | NO. 2:13-cv-01533-JLR<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER LENGTH MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Note on Motion Calendar:**<br>**August 22, 2016** |

Plaintiffs Ricardo T. Mascarenas and Christopher Gregory, by and through their counsel, respectfully request that the Court issue an Order granting them leave to file an over-length Motion for Preliminary Approval of Class Action Settlement. LCR 7(f). Plaintiffs seek leave to file a brief not to exceed 24 pages, which is an additional 12 pages beyond the standard page limits for motions. *See* LCR 7 (e)(4).

Good cause exists for the Court to grant this motion. In their motion, Plaintiffs ask the Court to: (1) preliminarily approve the proposed class action settlement reached in this case as fair, reasonable, and adequate; (2) provisionally certify the proposed settlement class and appoint Plaintiffs Ricardo T. Mascarenas and Christopher Gregory Class Representatives for

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER LENGTH MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

the settlement class; (3) approve the notice plan and forms of settlement notice and order provision of such notice; (4) appoint Terrell Marshall Law Group PLLC as class counsel; (5) appoint Epiq as claims administrator; and (6) schedule a formal fairness hearing on final settlement approval. Plaintiffs have made substantial efforts to keep their brief concise, but it has not been possible to address the relevant issues within the page limits set forth in LCR 7(e)(4). A complete discussion of these issues, sufficient to properly and adequately describe the settlement and inform the Court of Plaintiffs' position, requires an over-length brief.

Accordingly, Plaintiffs respectfully request leave to file a single brief not to exceed 24 pages.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of August, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray, WSBA #36983
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Mary B. Reiten, WSBA #33623
Email: mreiten@terrellmashall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Daniel C. Gallagher, WSBA#21940
Email: dan@nwprolaw.com
GALLAGHER LAW OFFICES P.S.
10611 Battle Point Drive NE
Bainbridge Island, Washington 98110
Telephone: (206) 855-9310
Facsimile: (206) 855-2878

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER
LENGTH MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT - 2
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on August 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Anne Cohen, WSBA #41183
>Email: acohen@smithfreed.com
>Joseph A. Rohner IV, WSBA#47117
>Email: jrohner@smithfreed.com
>Legal Assistant: Sandra Reust
>Email: sandra@smithfreed.com
>Legal Assistant: Kimberly Harmon
>Email: kharmon@smithfreed.com
>SMITH FREED & EBERHARD, P.C.
>111 SW 5th Avenue, Suite 4300
>Portland, Oregon 97204
>Telephone: (503) 227-2424
>Facsimile: (503) 227-2535

*Attorneys for Defendants*

DATED this 22nd day of August, 2016.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Jennifer Rust Murray, WSBA #36983
>Jennifer Rust Murray, WSBA #36983
>Email: jmurray@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450

*Attorney for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER LENGTH MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com