THE HONORABLE JAMES L. ROBART

# U.S. DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTY J. BOOTH, ATTORNEY AT LAW, P.S., a Washington corporation, RICARDO T. MASCARENAS, a Washington resident, and CHRISTOPHER GREGORY, a Washington resident, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPSTACK, INC., a Delaware corporation; STEVE ESPINOSA, individually; and JOHN ZDANOWSKI, individually,<br><br>Defendants. | NO. 2:13-cv-01533-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER LENGTH MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>**Note on Motion Calendar:**<br>August 22, 2016 |

THIS MATTER having come before the Court on Plaintiffs' Motion for Leave to File Over-length Motion for Preliminary Approval of Class Action Settlement, and the Court having considered Plaintiffs' motion, and finding that good cause exists therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File Over-length Motion for Preliminary Approval of Class Action Settlement is GRANTED. Plaintiffs may file a Motion for Preliminary Approval of Class Action Settlement not to exceed 24 pages.

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE OVER LENGTH MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 1
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  IT IS HEREBY ORDERED.

2  Dated this  23  day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Jennifer Rust Murray, WSBA #36983
      Beth E. Terrell, WSBA #26759
      Email: bterrell@terrellmarshall.com
      Jennifer Rust Murray, WSBA #36983
      Email: jmurray@terrellmarshall.com
      Mary B. Reiten, WSBA #33623
      Email: mreiten@terrellmashall.com
      Adrienne D. McEntee, WSBA #34061
      Email: amcentee@terrellmarshall.com
      936 North 34th Street, Suite 300
      Seattle, Washington  98103-8869
      Telephone:  (206) 816-6603
      Facsimile:  (206) 319-5450

      Daniel C. Gallagher, WSBA#21940
      Email: dan@nwprolaw.com
      GALLAGHER LAW OFFICES P.S.
      10611 Battle Point Drive NE
      Bainbridge Island, Washington  98110
      Telephone: (206) 855-9310
      Facsimile:  (206) 855-2878

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE OVER LENGTH MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 2
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on August 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Anne Cohen, WSBA #41183
>Email: acohen@smithfreed.com
>Joseph A. Rohner IV, WSBA #47117
>Email: jrohner@smithfreed.com
>Legal Assistant: Sandra Reust
>Email: sandra@smithfreed.com
>Legal Assistant: Kimberly Harmon
>Email: kharmon@smithfreed.com
>SMITH FREED & EBERHARD, P.C.
>111 SW 5th Avenue, Suite 4300
>Portland, Oregon 97204
>Telephone: (503) 227-2424
>Facsimile: (503) 227-2535

*Attorneys for Defendants*

DATED this 22nd day of August, 2016.

>TERRELL MARSHALL LAW GROUP PLLC
>
>
>By: /s/ Jennifer Rust Murray, WSBA #36983
>Jennifer Rust Murray, WSBA #36983
>Email: bterrell@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450
>
>*Attorney for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER LENGTH MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3
CASE NO. 2:13-CV-01533-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com