THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

MONTY J. BOOTH, ATTORNEY AT LAW, P.S., a Washington corporation, RICARDO T. MASCARENAS, a Washington resident, and CHRISTOPHER GREGORY, a Washington resident, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

APPSTACK, INC., a Delaware corporation; STEVE ESPINOSA, individually; and JOHN ZDANOWSKI, individually,

Defendants.

NO. 2:13-cv-01533-JLR

[PROPOSED] FINAL APPROVAL ORDER AND FINAL JUDGMENT

**WHEREAS,** on August 29, 2016, the Court entered an order ("Preliminary Approval Order") preliminarily approving the proposed Settlement Agreement and Release ("Agreement") and directed that notice be given to the Settlement Class (Dkt. No. 153);

**WHEREAS,** pursuant to the notice requirements set forth in the Agreement and Preliminary Approval Order, the Settlement Class was notified of the terms of the proposed Agreement, of the right of members of the Settlement Class to opt-out, and of the right of members of the Settlement Class to object and be heard at a Final Approval Hearing to

[PROPOSED] FINAL APPROVAL ORDER AND FINAL JUDGMENT - 1
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

determine whether the terms and conditions of the Agreement are fair, reasonable and adequate for the release of the claims contemplated by the Agreement; and whether judgment should be entered dismissing this Action with prejudice;

**WHEREAS,** a Final Approval Hearing was held on Wednesday, January 11, 2017 at 2:00 pm. Prior to the Final Approval Hearing, all memoranda and declarations in support of the Agreement, which include proof of compliance with the provisions of the Agreement and Preliminary Approval Order relating to notice, were filed with the Court as prescribed in the Preliminary Approval Order. Settlement Class Members were therefore notified of their right to appear at the Final Approval Hearing in support of or in opposition to the proposed settlement, the award of attorneys' fees and costs to Class Counsel, and the payment of the service awards to Class Representatives.

**NOW, THEREFORE,** the Court having heard the presentation of Class Counsel and counsel for Appstack, Inc., Steve Espinosa, and John Zdanowski, having reviewed all of the submissions presented with respect to the proposed Settlement, having determined that the settlement is fair, adequate and reasonable, having considered Class Counsel's motion for awards of attorneys' fees and costs and service (also called "incentive") awards for the Class Representatives, and having reviewed the materials in support thereof, and good cause appearing;

**THIS COURT FINDS AND CONCLUDES AS FOLLOWS:**

1. The capitalized terms used in this Final Approval Order and Judgment shall have the same meaning as defined in the Agreement, except as may otherwise be ordered.

2. The Court has jurisdiction over the subject matter of this Action and over all claims raised therein and all Parties thereto, including the Settlement Class.

3. The Court hereby approves the Agreement, including the plans for implementation and distribution of the settlement relief, and finds that the Agreement is, in all respects, fair, reasonable and adequate to the Settlement Class Members, within the authority of

[PROPOSED] FINAL APPROVAL ORDER AND FINAL
JUDGMENT - 2
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  the parties and the result of extensive arm's length negotiations. The Parties shall effectuate the
2  Agreement in accordance with its terms. The Agreement and every term and provision thereof
3  shall be deemed incorporated herein as if explicitly set forth and shall have the full force of an
4  Order of this Court.

5      4.    Only two Settlement Class members, Oscar Riestra and Trevelyan Fugere d/b/a
6  PDR Paintless Dent Removal, opted out of the Settlement Class. No Settlement Class members
7  filed objections.

8      5.    The Settlement Class, which will be bound by this Final Approval Order and
9  Judgment, shall include members of the Settlement Class who did not submit timely and valid
10  requests to be excluded.

11      6.    For purposes of the Agreement and this Final Approval Order and Judgment, the
12  Court hereby certifies the following Settlement Class:

> All persons or entities in the United States who, on or after four years before the filing of this action to July 21, 2016, received a call to their cellular telephone line with a pre-recorded message, made by or on behalf of Defendants.

16  The Settlement Class does not include any persons who validly request exclusion.

17      7.    The Court finds that the plan for Settlement Notice, set forth in Article VII of
18  the Agreement and effectuated pursuant to the Preliminary Approval Order, was the best notice
19  practicable under the circumstances and provided due and sufficient notice to the Settlement
20  Class of the pendency of the Action, certification of the Settlement Class for settlement
21  purposes only, the existence and terms of the Agreement, and the Final Approval Hearing, and
22  satisfies the Federal Rules of Civil Procedure, the United States Constitution, the requirements
23  set forth in *In Re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 994 (9th Cir. 2010), and
24  any other applicable law.

25      8.    The Agreement, is in all respects fair, reasonable, and adequate, is in the best
26  interests of the Settlement Class, and is therefore approved.

[PROPOSED] FINAL APPROVAL ORDER AND FINAL JUDGMENT - 3
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

9. All persons who have not made their objections to the settlement in the manner provided in the Agreement are deemed to have waived any objections by appeal, collateral attack, or otherwise.

10. Within the time period set forth in Article VIII of the Agreement, settlement payments shall be issued to each Settlement Class Member who submitted timely and valid claim forms, under the terms and conditions of the Agreement.

11. Upon the Effective Date, members of the Settlement Class who did not validly and timely opt-out shall have, by operation of this Final Approval Order and Judgment, forever released, resolved, relinquished, and discharged the Released Parties from any claims that calls placed on Defendants' behalf before the date the Final Approval Order is entered violated the cell phone provisions of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A).

12. This Final Approval Order and Judgment, the Agreement, the settlement which it reflects, and any and all acts, statements, documents or proceedings relating to the settlement are not, and shall not be construed as, or used as an admission by or against Defendants of any fault, wrongdoing, or liability on their part or of the existence or amount of any damages.

13. The payments ordered herein shall be made in the manner and at the times set forth in the Agreement. Any amounts remaining in the Settlement Fund after the deadline to cash checks has expired shall be disbursed to the Legal Foundation of Washington.

14. The Court hereby grants Class Counsel's request for an award of reasonable attorneys' fees in the amount of ~~$473,750~~ $243,750.00 and litigation costs in the amount of $133,003. The Court further grants Class Counsel's application for an Incentive Award for Class Representatives Ricardo T. Mascarenas and Christopher Gregory in the amount of $2,500 each ($5,000 total).

15. The above-captioned Action is hereby dismissed in its entirety with prejudice. Except as otherwise provided in this Final Approval Order and Judgment, the parties shall bear their own costs and attorneys' fees. Without affecting the finality of the Judgment hereby

[PROPOSED] FINAL APPROVAL ORDER AND FINAL JUDGMENT - 4
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  entered, the Court reserves jurisdiction over the implementation of the Agreement, including
2  enforcement and administration of the Agreement.

3  IT IS SO ORDERED.

4  Dated this 11th day of January, 2017.

UNITED STATES DISTRICT JUDGE

[PROPOSED] FINAL APPROVAL ORDER AND FINAL
JUDGMENT - 5
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on December 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Anne Cohen, WSBA #41183
    Email: acohen@smithfreed.com
    Joseph A. Rohner IV, WSBA#47117
    Email: jrohner@smithfreed.com
    Legal Assistant: Sandra Reust
    Email: sandra@smithfreed.com
    Legal Assistant: Kimberly Harmon
    Email: kharmon@smithfreed.com
    SMITH FREED & EBERHARD, P.C.
    111 SW 5th Avenue, Suite 4300
    Portland, Oregon 97204
    Telephone: (503) 227-2424
    Facsimile: (503) 227-2535

    *Attorneys for Defendants*

DATED this 28th day of December, 2016.

    TERRELL MARSHALL LAW GROUP PLLC

    By:  <u>/s/ Jennifer Rust Murray, WSBA #36983</u>
          Jennifer Rust Murray, WSBA #36983
          Email: jmurray@terrellmarshall.com
          936 North 34th Street, Suite 300
          Seattle, Washington 98103
          Telephone: (206) 816-6603
          Facsimile: (206) 319-5450

    *Attorney for Plaintiffs*

[PROPOSED] FINAL APPROVAL ORDER AND FINAL JUDGMENT - 6
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com